IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

VOHN COOPER,

      Petitioner,

v.

STATE OF FLORIDA,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-3946

Opinion filed February 7, 2017.

Petition for Belated Appeal -- Original Jurisdiction.

Vohn Cooper, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and David Llanes, Assistant Attorney General, Tallahassee, for Respondent.


PER CURIAM.

      Petitioner is granted a belated appeal of the March 7, 2016, order dismissing with prejudice defendant's amended motion for postconviction relief to remedy manifest injustice issued in Duval County Circuit Court case number 16-1995-CF-005328-AXXX-MA.  Upon issuance of mandate in this cause, a copy of this opinion shall be provided to the clerk of the circuit court for treatment as the notice of appeal. Fla. R. App. P. 9.141(c)(6)(D).

ROWE, RAY, and M.K. THOMAS, JJ., CONCUR.